48 A.3d 1221

Keith Russell JUDD, Appellant

v.

PENNSYLVANIA DEPARTMENT OF STATE, BUREAU OF COMMISSIONERS, ELECTIONS AND LEGISLATION, Secretary of State of Pennsylvania, State of Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

July 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of July, 2012, the Order of the Commonwealth Court is AFFIRMED.